**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6001

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL DANIEL HAMMONDS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior District Judge.  (0:02-cr-00535-CMC-1)

Submitted:  June 22, 2023                               Decided:  June 27, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Daniel Hammonds, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Daniel Hammonds appeals the district court's order denying his renewed 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We have reviewed the record and discern no abuse of discretion in the district court's denial of Hammonds' renewed motion. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Hammonds*, No. 0:02-cr-00535-CMC-1 (D.S.C. Nov. 30, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*